UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-494-GCM

| | | |
|---|---|---|
| **QUEEN CITY BREAD, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **BIMBO FOOD BAKERIES DISTRIBUTION, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

   **THIS MATTER** is before the Court upon Plaintiff's Motion for Preliminary Injunction (contained in Doc. No. 1-1 and converted by Doc. No. 4). The Court, recognizing that it is departing from standard procedure, directs the Defendant to submit a brief surreply to Plaintiff's Reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. No. 18).

   Defendant's surreply must be no more than ten (10) pages and should address the issue of whether the harm alleged by Plaintiff is irreparable. Because of the time-sensitive nature of this issue, the Court directs Defendant to submit its surreply as soon as possible, and no later than October 10, 2017.

   **SO ORDERED.**

Signed: September 27, 2017

Graham C. Mullen
United States District Judge