# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00494-GCM

| | |
|---|---|
| QUEEN CITY BREAD, INC, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| BIMBO FOOD BAKERIES DISTRIBUTION, LLC, | )<br>)<br>) |
| **Defendant.** | )<br>) |

This matter is upon the Court's own motion. The evidentiary hearing for the Motion for Preliminary Injunction in the above matter is hereby shifted one hour, rescheduled for October 16, 2017, at <u>11:30 a.m.</u> in Courtroom 2-2.

**SO ORDERED.**

Signed: October 10, 2017

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge